■ The People of the State of New York, Respondent, v Joseline Rivera, Appellant. [64 NYS3d 516]—Judgment, Supreme Court, Bronx County (Steven L. Barrett, J., at plea and sentence), rendered May 10, 2016, unanimously affirmed.

Although we find that defendant did not make a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Gische, J.P., Kapnick, Oing and Moulton, JJ.